ALBANY,
Oct. 1826.

Lown
v.
Roose.

*G. C. Bronson*, contra.

*Curia.* The warrant of attorney was void as to the infant ; and the judgment must, therefore, be set aside.

Motion granted.

---

## Lown *against* Roose.

On a rule for "judgment as in case of nonsuit, unless the plaintiff shall stipulate and pay costs," the plaintiff must stipulate *instanter*, or at least within 20 days; or the defendant may perfect his judgment without demanding costs.

In *May* term, on the 26*th* of *May* last, a rule was moved for, and taken against the plaintiff, for "judgment as in case of nonsuit, unless the plaintiff shall stipulate and pay costs." But no stipulation was served by the defendant's attorney till the 16*th* of *June* thereafter.

The defendant's attorney having taken judgment as in case of nonsuit against the plaintiff,

A motion was now made, in behalf of the plaintiff, to set it aside ; and one question was, whether the stipulation was in sufficient season to comply with the rule. No demand of the costs by the defendant's attorney had been made.

*J. W. Wheeler*, for the motion.

*J. L. Wendell* and *G. A. Shufeldt*, contra.

*Curia.* The obligation to demand costs on the rule *nisi*, for judgment as in case of nonsuit, does not attach till a stipulation be actually given. Here was a delay of more than 20 days to give the stipulation. On a rule of this kind, the stipulation must be given, at least, within 20 days from the rule ; and we think *instanter ;* or the defendant may proceed and perfect his judgment of nonsuit. The motion must be denied.

Motion denied.